IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MADELINE ALFA EDDY, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL J. ASTRUE, | : | NO. 09-3219 |
| COMMISSIONER OF SOCIAL SECURITY | : | |

## ORDER

AND NOW, this 4th day of November, 2010, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review, and Defendant's Response thereto, and after careful review of the Report and Recommendation of United States Magistrate Judge Arnold C. Rapoport, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. Plaintiff's Request for Review is GRANTED.

3. This matter is REMANDED to the Commissioner of Social Security for further consideration.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. William Ditter, Jr., S. J.